UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

Plaintiff, Case No. 3:26-cr-92

vs.

JOHN L. ARMSTRONG, District Judge Michael J. Newman

Defendant.

---

**SCHEDULING ORDER**

---

This criminal case is before the Court following Defendant's indictment on September 22, 2026 (Doc. No. 12). The parties have filed a proposed scheduling order in which they report that Defendant has waived his detention hearing in this case and that the present Speedy Trial Act deadline is **December 1, 2026**.[1] Doc. No. 13. Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **October 16, 2026** |
| Motion filing deadline: | **October 30, 2026** |
| Status report deadline: | **November 2, 2026** |
| Final pretrial conference: | **November 16, 2026 at 2:30 pm** |
| Jury trial: | **November 30, 2026 at 9:30 am** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

**IT IS SO ORDERED.**

October 13, 2026

s/ *Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.